# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTHERN CALIFORNIA

| | |
|---|---|
| VANDER BOST, Individually,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION d/b/a AMTRAK,<br>                Defendant. | CV No. 06-CV-933 BTM (CAB)<br><br>ORDER GRANTING JOINT MOTION<br>FOR DISMISSAL |

     Upon reading the parties' Joint Motion for Dismissal, **IT IS HEREBY ORDERED** that this entire action is dismissed in accordance with the terms set forth therein, as follows:

1. Plaintiffs' claims brought in above-entitled matter are dismissed with prejudice;
2. The parties shall each bear their own attorneys fees and costs in this action.

**IT IS SO ORDERED.**

Dated: May 14, 2007

                                             Hon. Barry Ted Moskowitz
                                             United States District Judge